UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARBRA RIXNER | * | CIVIL ACTION: |
| | * | |
| VERSUS | * | JUDGE: |
| | * | |
| WINN DIXIE MONTGOMERY, INC. | * | MAGISTRATE: |
| AND SOUTHERN CLEANING | * | |
| SERVICES, INC. | * | |
| * * * * * * * * * * * * * * * * | | |

## NOTICE OF REMOVAL

The defendants, Winn Dixie Montgomery, LLC, improperly named as Winn Dixie Montgomery, Inc and Southern Cleaning Services, Inc., through their respective undersigned counsel, hereby give notice of the removal on the action entitled "Marbra Rixner vs. Winn Dixie Montgomery, Inc. and Southern Cleaning Services, Inc." to United States District Court for the Eastern District of Louisiana on the following grounds:

1.

On or about March 23, 2010, Marbra Rixner commenced the civil action described above, which is presently pending in the 40th Judicial District Court for the Parish of St. John the Baptist, Civil Action No. 59370, Division "C" of that court. The 40th Judicial District Court for the Parish of St. John the Baptist is within the jurisdiction of the United States District Court for the Eastern District of Louisiana.

2.

The civil action described above is a suit by Marbra Rixner seeking to recover damages allegedly sustained in an incident on or about April 2, 2009 at Winn Dixie Store No. 1583, located in LaPlace, Louisiana, when she allegedly slipped and fell and suffered severe and permanent physical injuries, including, but not limited to, injuries to her back, neck, and other anatomy.  She alleges to have suffered lost wages, past medical expenses, impairment of earning capacity, disability, loss of enjoyment of life, mental anguish, and pain and suffering.  Based upon the court's holding in Schild v. Tymco, Inc., 842 F.Supp. 225 (M.D. La. 1994), the amount in controversy exceeds the sum of $75,000.00 exclusive of interest and costs as required by 28 U.S. §1332.

3.

This court has original jurisdiction in the above-described action under 28 U.S. §1332 establishing diversity of jurisdiction, as shown herein and the action may be removed to this Honorable Court pursuant to 28 U.S.C. §1441(a) and 28 U.S.C. §1446. Plaintiff declares in the Petition for Damages that she is domiciled in the Parish of Jefferson, State of Louisiana.

4.

Your defendant Southern Cleaning Services, Inc. is an Alabama corporation with its principal place of business located in the State of Alabama.

5.

Winn Dixie Montgomery, LLC. is a Limited Liability Comapny with its sole member being Winn Dixie Stores, Incorporated, a corporation organized under the laws of Florida, with its principal place of business located in the State of Florida.

6.

Defendants deny liability to the plaintiff in any amount whatsoever, however, plaintiff is seeking damages against your defendants, said damages could easily exceed the amount in controversy and could potentially exceed the sum of $75,000.00, exclusive of interest and costs as required by 28 U.S.C. §1332.

7.

Pursuant to 28 U.S.C. §1446(b), this Notice of Removal is being filed within thirty days after receipt by the defendants, through service or otherwise, of a copy of the initial pleading, the Petition for Damages, setting forth the claim for relief upon which removal is based.

8.

Attached as Exhibit 1 is a copy of plaintiff's Petition.

9.

Promptly after the filing of this Notice of Removal, defendants are serving written notice upon the adverse party, through her attorneys of record, and a copy of the Notice of Removal is being filed with the Clerk of Court for the 40th Judicial District Court for the

Parish of St. John the Baptist, to effect the removal of this action, all in conformity with 28 U.S.C. §1446.

**WHEREFORE**, your defendants, Winn Dixie Montgomery, LLC, improperly named as Winn Dixie Montgomery, Inc., and Southern Cleaning Services, Inc., pray that the above described civil action be removed from the 40th Judicial District Court for the Parish of St. John the Baptist, State of Louisiana, to this Honorable Court for trial and determination as provided by law; that this court enter such orders and issue such process as may be necessary and proper to bring before it a copy of all records and proceedings presently pending before the aforesaid state court, and thereafter proceed with the civil action as if it were originally commenced in this Court, and for all necessary and appropriate orders and decrees in accordance with the applicable law.

RESPECTFULLY SUBMITTED:

**GAUDRY, RANSON,
HIGGINS & GREMILLION, L.L.C.**


_____S/THOMAS W. DARLING_____
THOMAS W. DARLING (#23020)
2223 Quail Run Drive, C-2
Baton Rouge, LA 70808
Phone: (225) 663-6101   Fax: (225) 663-6102
Email: tdarling@grhg.net
Attorney for defendant, Southern Cleaning Services, Inc.

-and-

**GAUDRY, RANSON,
HIGGINS & GREMILLION, L.L.C.**

THOMAS L. GAUDRY, JR., T.A. (#5980)
OAKWOOD CORPORATE CENTER
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Phone: (504)362-2466   Fax: (504) 362-5938
Email: tgaudry@grhg.net
Attorney for defendant, Southern Cleaning Services, Inc.


**THE TRUITT LAW FIRM, LLC**

JACK E. TRUITT (#18476)
NANCY N. BUTCHER (#24178)
JENNIFER CORTES POIRIER (#27203)
VIRGINIA ERWIN SIRERA (#21880)
149 North New Hampshire Street
Covington, LA 70433
Phone: (985) 327-5266   Fax: (985) 327-5252
Email: mail@truittlaw.com
Attorney for Southern Cleaning Services, Inc.


## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April, 2010 a copy of the foregoing Notice of Removal was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                  /s / Thomas W. Darling
                                  THOMAS W. DARLING

G:\2918\0060\Pleadings\Notice of Removal.wpd