40th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. JOHN

STATE OF LOUISIANA

DOCKET NO. 59370

MARBRA RIXNER

**DIV. C**

VERSUS

WINN DIXIE MONTGOMERY, INC., and SOUTHERN CLEANING SERVICES, INC.

Eliana DeFrancesch - Clerk of Court
Filed: Mar 23, 2010 2:42 PM

59370 DIV C   11977796

_____
DEPUTY CLERK

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiff, **MARBRA RIXNER** a person of the full age of majority, domiciled in the Parish of Jefferson, State of Louisiana, who respectfully represents that they are entitled to all damages as are reasonable for reasons that follow:

1.

Made defendantss herein is:

- **WINN DIXIE MONTGOMERY, INC.**, upon information and belief a foreign corporation authorized to do and doing business in the State of Louisiana who can be served through its registered agent for service of process, Corporation Creations Network, Inc., 1100 Poydras Street, Suite 2900, New Orleans, LA 70163; and

- **SOUTHERN CLEANING SERVICES, INC.**, upon information and belief a foreign corporation, unauthorized to do business in the State of Louisiana, whose agent for service of process is Harry D. Goforth, who can be served viva long arm at 106 South Chalkville Road, Trussville, AL 35173.

These defendants are justly and truly indebted to plaintiff in solido, in an amount sufficient to satisfy the jurisdictional requirements of this Court, together with interest thereon from date of judicial demand until paid for all costs of these proceedings, for reasonable attorney fees to the extent recoverable and for all other reasonable general and equitable relief allowable under the law for reasons that follow:

1.

PREVIOUSLY FILED
BY FAX ON
Petition for Damages 23 DAY OF March, 2010

Pamela De Kuno
DEPUTY CLERK OF COURT

Page 1 of 4

On or about April 2, 2009, at approximately 10:10 p.m., Plaintiff MARBRA RIXNER was a customer of the Winn Dixie store # 1583 located in LaPlace, Louisiana.

2.

Plaintiff MARBRA RIXNER was walking down one of the store aisles when she slipped and fell resulting in severe and permanent injuries.

3.

Upon examination of the floor, Plaintiff MARBRA RIXNER ascertained that the floor were she fell contained slippery and hazardous substances which appeared to be water and/or soap and/or other slippery liquids.

4.

Defendant Winn Dixie Montgomery, Inc. is the owner and operator of Winn Dixie Store # 1583, including the area where the accident in dispute occurred. At all times pertinent to this litigation, the stairway/flooring in question was in the full custody and control of this defendant.

5.

Defendant, Southern Cleaning Service, L.L.C. was hired by Winn Dixie Montgomery, Inc. to clean and main the area where the accident in dispute occurred.

6.

The aforementioned slip and fall, and resulting injuries were directly and proximately caused by the negligence and/or fault of defendants through its agents, employees, or assigns in the following non-exclusive particulars:

a) Creating an unreasonable risk of harm;

b) Failing to do what they should have done and see what they should have seen in order to avoid accidents of this type;

c) Failing to properly clean or maintain their floors to ensure that hazardous conditions do not create a dangerous condition which could result in injuries of this type;

d) Having actual or constructive notice of the dangerous condition on the floor and failing to take reasonable steps to remedy the condition;

e) Any and all other acts of negligence and or fault which may be set forth at the trial of this matter.

7.

Defendants are therefore liable unto Plaintiff, MARBRA RIXNER in solido, for her injuries and damages that resulted from the aforementioned accident.

8.

As a result of the fault and/or negligence of Defendants, its agents, employees, and/or assigns, Plaintiff MARBRA RIXNER suffered severe and permanent physical injuries, including, but not limited to injuries to her back, neck, and other anatomy.

9.

As a direct and proximate result of the fault and/or negligence of Defendants, Plaintiff MARBRA RIXNER has suffered damages including but not limited to the following non-exclusive particulars:

a) Pain and suffering (past, present, and future);
b) Mental anguish and emotional distress;
c) Loss of enjoyment of life;
d) Disability;
e) Medical expenses (past, present, and future);
f) Loss wages (past, present, and future);
g) Impairment of earning capacity; and
h) Any and all other damages to be set forth at the time of trial of this matter.

**WHEREFORE**, Plaintiff MARBRA RIXNER prays that the Defendants herein, Winn Dixie Montgomery, Inc and Southern Cleaning Services, Inc. be served and duly cited to appear and answer this Petition all as provided by law; and that after all legal delays and due proceedings are had, that there be judgment rendered herein in favor of the Plaintiff and against the Defendants for any and all damages described herein and/or proved at trial of this matter, together with legal interest thereon from the date of judicial demand until paid for all costs of these proceedings, for reasonable

attorney's fees to the extent recoverable, and for all other general and equitable relief which may be appropriate under the circumstances.

Respectfully submitted:

*[signature]*

**LAYRISSON LAW FIRM**
J. Parker Layrisson (Bar No. 28120)
125 E. Pine Street
Ponchatoula, LA 70454
Telephone: 985-370-9832
Facsimile: 985-370-9835
Email: lawyer@layrisson.com

**AND**

*[signature] /JPL*

**WILLIAMSON, FONTENOT & CAMPBELL, L.L.C.**
Robb L. Campbell (Bar No. 227986)
343 Royal Street
Baton Rouge, LA 70802
Telephone: (225) 383-4010
Facsimile: (225) 383-4114
Email: Robb@lawyerbatonrouge.com

**COUNSEL FOR PLAINTIFF**

PLEASE SERVE WITH PETITION FOR DAMAGES, FIRST SET OF INTERROGATORIES AND FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

**WINN DIXIE MONTGOMERY, INC.**
*Through its reregistered agent for service of process*
Corporation Creations Network, Inc.
1100 Poydras Street
Suite 2900
New Orleans, LA 70163

**SOUTHERN CLEANING SERVICE, INC.**
*Serve Via Long Arm*
Harry D. Goforth
106 South Chalkville Road
Trussville, AL 35173

*[Certification stamp: I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE AND OF RECORD IN MY OFFICE. BY CLERK OF COURT, PARISH OF ST. JOHN THE BAPTIST, LA]*