## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARBRA RIXNER** | * | CIVIL ACTION: 10-1177 |
| | * | |
| **VERSUS** | * | SECTION: "A"(3) |
| | * | |
| **WINN DIXIE MONTGOMERY, INC. AND SOUTHERN CLEANING SERVICES, INC.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

IT IS ORDERED that the plaintiff's suit is hereby dismissed with full prejudice as to all of plaintiff's rights herein, each party to bear their own costs.

New Orleans, Louisiana, this __2nd__ day of _____February_____, 2011.

_____
JUDGE

G:\2918\0060\Pleadings\Dismissal.wpd

___ Fee _____
___ Process _____
x  Dktd _____
✓  CtRmDep _____
___ Doc. No. _____